of Alabama is denied and the order granting a stay of execution is vacated. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Mr. Horace C. Alford* for petitioner. *Robert B. Harwood,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.

No. 443. WORLEY *v.* WAHLQUIST ET AL. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. C. Fraser* for petitioner. *Mr. Philip E. Horan* for respondents.

No. 449. RUBENSTEIN *v.* UNITED STATES. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis J. Quillinan* for petitioner. *Solicitor General McGrath, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 451. BARNETT ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. November 13, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Victor W. Gilbert* for petitioners. *Solicitor General McGrath* and *Mr. Richard H. Field* for respondent.

No. 468. GROS *v.* LOUISIANA. November 13, 1945. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Emmet Alpha* for petitioner.